### EDENFIELD *v.* LAMB *et al.*

PER CURIAM. This case came before this court upon a writ of error from the superior court of Emanuel county; and the same being for decision by a full bench of six Justices, who are evenly divided in opinion (Justices Lumpkin, Beck, and Atkinson being in favor of a reversal, and Chief Justice Fish, Presiding Justice Evans, and Justice Holden being in favor of an affirmance), the judgment of the court below stands affirmed by operation of law.

SEPTEMBER 26, 1911.

Complaint for land. Before Judge Rawlings. Emanuel superior court. February 19, 1910.

*Saffold & Larsen,* for plaintiff in error.

*Williams & Bradley,* contra.